# JOSEPH & NORINSBERG, LLC

**MEMO ENDORSED**

225 Broadway Suite 2700
New York, NY 10007
Tel (212) 227-5700
Fax (212) 656-1889

www.employeejustice.com

Chaya Gourarie, Esq.
chaya@norinsberglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 8, 2020

April 8, 2020

**VIA ECF**
The Hon. Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

The application is  X  granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: April 8, 2020
New York, New York

Re: **Joanna Pedroza v. Ralph Lauren Corp.**
**No. 19-cv-08639 (ER).**

Dear Judge Ramos:

We represent Plaintiff Joanna Pedroza ("Plaintiff" or "Ms. Pedroza") in the above-referenced employment discrimination action against Defendant Ralph Lauren Corp. ("Defendant"). We write now to respectfully request a one-week extension of time to submit Plaintiff's opposition to Defendant's partial motion to dismiss Plaintiff's claims, pursuant to Fed. R. Civ. P. 12(b)(1), from April 10, 2020 to April 17, 2020. This slight modification will not impact the current deadline for Defendant's reply, which will remain May 15, 2020, as per this Court's Match 27, 2020 Order. [Dkt. No. 26]. Counsel for Defendant, Matthew A. Steinberg, Esq., consents to this request.

A one-week extension of time is necessary, since the current deadline, April 10, 2020, falls on the second day of Passover, and the undersigned will not be working on April 9 and 10, 2020, in observance of Passover.

Accordingly, based on the foregoing, we respectfully request that this Court grant Plaintiff's request for a one-week extension of time to submit her opposition, from April 10, 2020 to April 17, 2020. Plaintiff's extension request will not impact any other dates or deadlines relating to this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

_____
Chaya M. Gourarie, Esq.