UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOANNA PEDROZA.,

                         Plaintiffs,                                **ORDER**

          - against -                            19 Civ. 8639 (ER)

RALPH LAUREN CORP,

                         Defendants.
--------------------------------------------------------X

Ramos, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated **within forty-five (45) days**

of the date hereof.

        Any application to reopen **must be filed within forty-five days of this Order**; any

application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are

advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any

settlement agreement, they must submit the settlement agreement to the Court **within the next forty-**

**five (45) days** with a request that the agreement be "so ordered" by the Court.

SO ORDERED.


Dated:  New York, New York
        November 30, 2020

                                          _____
                                          Edgardo Ramos, U.S.D.J.